UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE CITY OF BUCKLEY, a Washington municipal corporation,<br><br>           Plaintiff,<br><br>    v.<br><br>ANGELA TOMAN, a single resident of Washington, RONNIE and DIANA FROEMKE, a marital community in Washington, QUALITY LOAN SERVICE CORPORATION, a Washington corporation, U.S. BANK, N.A., a Delaware corporation, THE UNITED STATES, THE WASHINGTON STATE DEPARTMENT OF EMPLOYMENT SECURITY, NORTHERN PACIFIC RAILROAD COMPANY, successor in interest BNSF RAILWAY COMPANY, a Delaware corporation, FIRST AMERICAN TITLE COMPANY, a California corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, and PROVIDENT FUNDING ASSOCIATES, L.P., a California corporation,<br><br>           Defendants. | NO. 3:10-cv-5209-RBL<br><br>STIPULATION AND ORDER REGARDING QUALITY LOAN SERVICE CORPORATION AND ITS NONPARTICIPATION IN THIS CASE<br><br>NOTE ON MOTION CALENDAR: JUNE 11, 2010 |

     COME NOW Plaintiff City of Buckley, by and through its attorneys of record, Kristin N. Eick and Phil A. Olbrechts, and Quality Loan Service Corporation, by and through its attorney of record, Edgar I. Hall of McCarthy & Holthus, LLP, and enter into the following Stipulation ("Stipulation"):

KNE794564.DOC;1\13047.150006\ {KNE794564.DOC;1\13047.150006\ }{KNE793930.DOC;1\13047.150006\
STIPULATION AND ORDER RE: QUALITY LOAN SERVICE CORPORATION, Case No. 3:10-cv-5209-RBL - 1

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

1. As of the date of this Stipulation, a Complaint to Quiet Title to an Easement by Prescription is pending in the above-entitled Court. Quality Loan Service Corporation is the current trustee under a recorded Deed of Trust encumbering real property commonly known as 834 Sheets Road, Buckley, WA 98321 (the "Subject Property"). The instrument recorded as Recording No. 200712170453 provides that Quality Loan Service Corporation was substituted as trustee under the deed of trust.

2. The Parties acknowledge and agree that Quality Loan Service Corporation is not required to actively participate in the underlying litigation and its lack of participation will not affect its role as trustee as to the Subject Property, except to the extent that a prescriptive easement is found by the Court. Further, Quality Loan Service Corporation will abide by the decision of the Court and will respond to any reasonable discovery requests of the Parties.

3. Should The City of Buckley desire to amend the complaint, Quality Loan Service Corporation hereby stipulates that The City may do so without leave of court, so long as the amended complaint does not state any affirmative relief from Quality Loan Service Corporation and its successors and assigns.

4. It is also agreed, by and between the City of Buckley and Quality Loan Service Corporation, that this Agreement may be signed in counterparts and any signature signed in counterpart sent via facsimile shall be deemed an original signature.

**IT IS SO STIPULATED**.

Dated: June ___11___, 2010

**OGDEN MURPHY WALLACE, P.L.L.C.**

KNE794564.DOC;1\13047.150006\ {KNE794564.DOC;1\13047.150006\ }{KNE793930.DOC;1\13047.150006\
STIPULATION AND ORDER RE: QUALITY LOAN SERVICE CORPORATION, Case No. 3:10-cv-5209-RBL - 2

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

By    s/ Kristin Eick
Phil A. Olbrechts, WSBA #19146
Kristin N. Eick, WSBA #40794
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215
Attorneys for Plaintiff The City of Buckley, a Washington Municipal Corporation

**McCARTHY & HOLTHUS, LLP**

By:    s/ Edgar Hall
Edgar I. Hall, WSBA # 40174
19735 10th Ave. NE, Suite N-200
Poulsbo, WA  98370
Tel: 206.319.9100/Fax: 206.780.6862
Attorney for Defendant,
Quality Loan Service Corporation

**IT IS SO ORDERED**

Dated:  July 20, 2010.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

KNE794564.DOC;1\13047.150006\ {KNE794564.DOC;1\13047.150006\ }{KNE793930.DOC;1\13047.150006\
STIPULATION AND ORDER RE: QUALITY LOAN SERVICE CORPORATION, Case No. 3:10-cv-5209-RBL - 3

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215