1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  CITY OF BUCKLEY,                            CASE NO. C10-5209 MJP

11              Plaintiff,                       ORDER ON MOTION TO AMEND
                                                 THE CASE SCHEDULE
12        v.

13  ANGELA TOMAN,

14              Defendant.

15

16      The Court, having received and reviewed the parties' Stipulated Motion to Amend the

17  Case Schedule (Dkt. No. 131), enters the following ruling:

18      IT IS ORDERED that the motion is DENIED.

19      Mediation schedules do not trump trial schedules; rather, the opposite is true. The

20  parties are certainly free to engage in ongoing negotiations and/or mediation and to settle at any

21  time, but the Court cannot and will not make its trial schedule dependent on an anticipated

22  timeline for mediation.

23

24

ORDER ON MOTION TO AMEND THE CASE
SCHEDULE- 1

1     The clerk is ordered to provide copies of this order to all counsel.

2     Dated this _17th_ day of October, 2011.

 

                                               */s/ Marsha J. Pechman*
                                               Marsha J. Pechman
                                               United States District Judge