# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITY OF BUCKLEY, a Washington municipal corporation,

        Plaintiff,

  v.

ANGELA TOMAN, et al.,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C10-5209MJP

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

This matter is DISMISSED with prejudice for lack of subject matter jurisdiction.

Dated May 8, 2012.

                          William M. McCool
                          Clerk of Court

                          s/Mary Duett
                          Deputy Clerk